**W. Coburn COOK, Trustee, Appellant, v. BAXTER CREEK IRRIGATION DISTRICT, H. J. Clark, Lurley Clark, Leonora M. Bailey, Lyal Zeitler, George McRorey, Rachel McRorey, Mr. and Mrs. E. A. Blickenstaff, James N. Farrell and Amy L. Farrell, Appellees.**

No. 11632.

Circuit Court of Appeals, Ninth Circuit.

Dec. 31, 1947.

W. Coburn Cook, of Turlock, Cal., for appellant.

Franklin A. Dill and Thomas W. Martin, both of San Francisco, Cal., for appellees Leonora M. Bailey et al.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in Pueblo Trading Co. v. Baxter Creek Irrigation District, D.C.N.D.Cal., 61 F. Supp. 586, the order of the District Court here appealed from is affirmed.

**Erd V. CROWELL, Appellant, v. BAKER OIL TOOLS, Inc., Appellee.**

No. 11645.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1948.

Joseph F. Westall, of Los Angeles, Cal., for appellant.

Mellin and Hanscom, of San Francisco, Cal. (Oscar A. Mellin, of San Francisco, Cal., of counsel), for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The order appealed from is affirmed upon the authority of Kessler v. Eldred, 206 U.S. 285, 27 S.Ct. 611, 51 L.Ed. 1065; Marshall v. Bryant Electric Co., 1 Cir., 185 F. 499; Directoplate Corporation v. Huebner–Bleistein Patents Co., 7 Cir., 44 F.2d 783; Aleograph Co. v. Electrical Research Products, 5 Cir., 82 F.2d 625; General Chemical Co. v. Standard Wholesale Phosphate & Acid Works, 4 Cir., 101 F.2d 178; United States Galvanizing & Plating Equipment Corporation v. Hanson-Van Winkle–Munning Co., 4 Cir., 104 F. 2d 856; Fretwell v. Gillette Safety Razor Co., 4 Cir., 106 F.2d 728.